ELIZABETH GROSSMAN CABN 104485
PETER ORTH CABN 257705
LAW OFFICES OF ELIZABETH GROSSMAN
1010 Grayson Street, Suite One
Berkeley, California 94710
Tel: (510)548-5106
Fax: (510)548-5107
Em: office@elizabethgrossmanlaw.com

Attorneys for Defendant
TYLER HAMILTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>          Plaintiff,                          )<br>                                                              )<br>     v.                                               )<br>                                                              )<br>TYLER HAMILTON,                          )<br>                                                              )<br>          Defendant.                        ) | CR No. 6:12-mj-94 MJS<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE RE REVOCATION OF PROBATION**<br><br>Court:  U.S. District Court - Yosemite<br>Judge:  Honorable Michael J. Seng |

The parties hereby request and stipulate that the status conference in this matter currently calendared for July 8, 2014 be continued and set for August 26, 2014.  The case is still in development because the Defendant remains in ongoing drug and alcohol treatment and because the Defendant has a pending state court criminal matter.   The parties anticipate that a resolution of the instant probation revocation matter will be informed by both the Defendant's performance in treatment and by the outcome of the pending criminal matter.

SO STIPULATED:
DATED: 7/7/14                                                                                          /S/
                                                                                                   PETER ORTH
                                                                                                   Attorney for Defendant

DATED: 7/7/14                                                                                          /S/
                                                                                                   MATTHEW MCNEASE
                                                                                                   Acting Legal Officer

1

ORDER

For the reasons stated above, the Court finds that there is good cause for the continuing the status conference on probation revocation issues in case number CR No. 6:12-mj-94 MJS to August 26, 2014, at 10:00 AM.

IT IS SO ORDERED.

Dated:   July 8, 2014                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE